COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RTS-Discharged

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE
PRIVATE USE

PRESORTED
FIRST CLASS

N HOUSTON TX



U.S. POSTAGE ›› PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401603 JUL. 28. 2015.

RE: WR-81,830-01

LATANYA MICHELLE FERGESON
TDC # 1900614

35

UTF